```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03075
   RUDOLPH E RODRIGUEZ
   EVELYN M RODRIGUEZ                       CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4335    SSN XXX-XX-5058

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/22/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.00%.

     The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WORLD SAVINGS              CURRENT MORTG         .00          .00            .00
ECAST SETTLEMENT CORP      UNSECURED       13049.77          .00         450.80
PORTFOLIO RECOVERY         UNSECURED        1479.64          .00          42.26
B-REAL LLC                 UNSECURED        9363.22          .00         323.45
DISCOVER FINANCIAL SERVI   UNSECURED        6509.13          .00         211.88
PREMIER BANKCARD           UNSECURED         538.17          .00          15.36
SAM'S CLUB                 UNSECURED      NOT FILED          .00            .00
HSBC BSTBY                 UNSECURED      NOT FILED          .00            .00
MEDICAL COLLECTION SYSTE   UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        9645.03          .00         333.18
WELLS FARGO FINANCIAL IL   UNSECURED         377.80          .00            .00
WELLS FARGO FINANCIAL IL   SECURED          3000.00          .00        1729.12
AMERICAN GENERAL FINANCE   UNSECURED        5400.28          .00         175.80
AMERICAN EXPRESS TRAVEL    UNSECURED         835.20          .00          16.58
ILLINOIS DEPT OF REVENUE   UNSECURED          25.00          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        3268.13          .00         112.90
BURNS & WINCEK LTD         DEBTOR ATTY     3,000.00                    3,000.00
TOM VAUGHN                 TRUSTEE                                       488.67
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               6,900.00

PRIORITY                                         .00
SECURED                                      1,729.12
UNSECURED                                    1,682.21
ADMINISTRATIVE                               3,000.00
TRUSTEE COMPENSATION                           488.67

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 03075 RUDOLPH E RODRIGUEZ & EVELYN M RODRIGUEZ
```

```
DEBTOR REFUND                                                            .00
                                       ---------------      ---------------
TOTALS                                        6,900.00             6,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```